**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>TALEN ENERGY CORPORATION, *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 22-90339 (MI)<br><br>(Jointly Administered) |

**NOTICE OF HEARING REGARDING TALEN GUC TRUST'S**
**MOTION TO FILE URI INSURANCE POLICIES UNDER SEAL**
(Related Docket No. 66)

**PLEASE TAKE NOTICE** that, on September 13, 2023, the *Talen GUC Trust's Motion To File URI Insurance Policies Under Seal* [Docket No. 66] (the "Motion") was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on October 6, 2023, the Court entered a docket entry setting the Motion for hearing on **October 19, 2023 at 9:30 a.m.** (prevailing Central Time) (the "Hearing"), before the Honorable Marvin Isgur in the United States Courthouse, Courtroom 404, 4th Floor, 515 Rusk Street, Houston, Texas 77002. Parties may participate in the Hearing in person or by audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication at the Hearing will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication at the Hearing will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's homepage. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance. All documents filed in this chapter 11 case are available free of charge by visiting https://cases.ra.kroll.com/talenenergy. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

DOCS_NY:48637.1 82853/003

-1-

Dated:   October 6, 2023     Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: */s/ Benjamin L. Wallen*
Benjamin L. Wallen (TX Bar No. 24102623)
Ayala A. Hassell (TX Bar No. 01009800)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: 713-691-9385
Facsimile: 713-691-9407
Email: bwallen@pszjlaw.com
          ahassell@pszjlaw.com

- and -

Judith Elkin (TX Bar No. 06522200)
780 Third Avenue; 34th Floor
New York, NY 10017
Telephone: 212-561-9385
Facsimile: 212-561-7777
Email: jelkin@pszjlaw.com

*Counsel to the Talen GUC Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2023, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in these cases.

          */s/ Benjamin L. Wallen*
          Benjamin L. Wallen, Esq.