# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TALEN ENERGY CORPORATION, *et al.*, | Case No. 22-90339 (MI) |
| Reorganized Debtors.[1] | (Jointly Administered) |

## TALEN GUC TRUST'S NOTICE OF INTENT TO ADDUCE TESTIMONY FROM A REMOTE LOCATION BY TELEPHONE AND VIDEO TECHNOLOGY

1. This Notice is filed pursuant to BLR 9017-1(c)(2)(B) by the Talen GUC Trust.

2. This Notice pertains to the matters scheduled for hearing or trial in this case on December 12, 2023, at 1:30 p.m. (prevailing Central Time).

3. The party filing this Notice intends to call the following witnesses to testify at the scheduled hearing or trial by telephone and video technology:

    a. Michael D. Warner, solely in his capacity as Trustee for the Talen GUC Trust.

4. **Any party-in-interest may object to this notice within 3 days of its filing on the Court's docket. If no party-in-interest files a timely objection, the Court will allow the identified witnesses to give testimony remotely using the Court's telephone and video technology. If the Court does not authorize the testimony to be taken remotely, the Court will schedule a date for the witness's testimony to be given live in open court. Both the witness(es) and the objector must appear in person at the scheduled date.**

5. This Notice may be withdrawn at any time prior to the scheduled hearing or trial.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

4864-9341-1733.1 82853.003

Dated:   December 5, 2023

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *Benjamin L. Wallen*
Benjamin L. Wallen (TX Bar No. 24102623)
Ayala A. Hassell (TX Bar No. 01009800)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: 713-691-9385
Facsimile: 713-691-9407
Email: bwallen@pszjlaw.com
          ahassell@pszjlaw.com

- and -

Judith Elkin (TX Bar No. 06522200)
780 Third Avenue; 34th Floor
New York, NY 10017
Telephone: 212-561-9385
Facsimile: 212-561-7777
Email: jelkin@pszjlaw.com

*Counsel to the Talen GUC Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2023, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

/s/ *Benjamin L. Wallen*
Benjamin L. Wallen

4864-9341-1733.1 82853.003

2