## EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY CORPORATION, | § | Case No. 22-90339 (MI) |
| | § | |
| | § | |
| Reorganized Debtor.[1] | § | |
| | § | |

ORDER SUSTAINING GUC TRUSTEE'S TWELFTH
OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Duplicate and Wrong Debtor Claims)
(Related Docket No. _____)

Upon the objection (the "Objection"),[2] of the Talen GUC Trust (the "GUC Trust"), seeking entry of an order (this "Order") disallowing the Duplicate and Wrong Debtor Claims identified on **Schedule 1** hereto and granting related relief, all as more fully set forth in the Objection; and upon the Declaration of Earnestiena Cheng; pursuant to sections 502(b) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7305, and the Debtors' primary mailing address is 2929 Allen Parkway, Suite 2200, Houston, TX 77019. The chapter 11 cases of the affiliates of the Reorganized Debtor were closed effective as of July 28, 2023, and a complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases.ra.kroll.com/talenenergy.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

4855-0513-6535.1 82853.003

proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having found and determined that the relief sought in the Objection is in the best interests of the GUC Trust, GUC Trust Beneficiaries, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. All General Unsecured portions of the Duplicate and Wrong Debtor Claims identified in the "Claim to be Disallowed" column on **Schedule 1** hereto are disallowed in their entirety; *provided that* each corresponding Claim identified in the "Surviving Claim" column (collectively, the "Remaining Claims") shall be unaffected by this Order; *provided further that* the GUC Trust's or Reorganized Debtors' right to object to the Remaining Claims on any applicable grounds is hereby preserved.

2. Kroll Restructuring Administration LLC, as claims, noticing and solicitation agent, is authorized and directed to update the official claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each Duplicate and Wrong Debtor Claim and the Objection thereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate and Wrong Debtor Claim.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the GUC Trust, Reorganized Debtors or Debtors, as applicable, (ii) a waiver of the GUC Trust's, the Reorganized Debtors,' or any appropriate party-in-interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the GUC Trust's, the Reorganized

Debtors', or any other party-in-interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, or (iv) an approval, adoption, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

5.  The GUC Trust is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.  This Court retains exclusive jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: _____, 2023

                                            _____
                                            MARVIN ISGUR
                                            UNITED STATES BANKRUPTCY JUDGE

# Schedule 1

## Duplicate and Wrong Debtor Claims

| Schedule 1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Duplicate & Wrong Debtor Claims** | | | | | | | | | |
| **Claim to be Disallowed** | | | | | | **Surviving Claim** | | | |
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts |
| 1 | ANDERSON SERVICE INC. | Talen Energy Supply, LLC | 1836 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,752.00<br><br>Total: $2,752.00 | ANDERSON SERVICE INC. | Talen Montana Holdings, LLC | 1659 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,752.00<br><br>Total: $2,752.00 |
| 2 | ARGO PARTNERS AS TRANSFEREE OF KINSLEY CONSTRUCTION INC | Talen Energy Supply, LLC | 2846 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $259,697.50<br><br>Total: $259,697.50 | ARGO PARTNERS AS TRANSFEREE OF KINSLEY CONSTRUCTION INC | Brunner Island, LLC | 2654 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $259,697.50<br><br>Total: $259,697.50 |
| 3 | AUI ASSOCIATES INC. | Talen Energy Supply, LLC | 2256 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $535,000.00<br><br>Total: $535,000.00 | AUI ASSOCIATES INC. | Talen Energy Marketing, LLC | 1751 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $535,000.00<br><br>Total: $535,000.00 |
| 4 | BEAR RIDGE MACHINE AND FABRICATION, INC. | Talen Energy Supply, LLC | 831 | 7/27/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,565.00<br><br>Total: $8,565.00 | BEAR RIDGE MACHINE AND FABRICATION, INC. | Susquehanna Nuclear, LLC | 2996 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,565.00<br><br>Total: $8,565.00 |
| 5 | C.N. ROBINSON LIGHTING SUPPLY COMPANY INC | Talen Energy Supply, LLC | 567 | 7/26/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,131.76<br><br>Total: $6,131.76 | C.N.ROBINSON LIGHTING SUPPLY COMPANY INC. | Raven Power Property LLC | 571 | 7/26/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,131.76<br><br>Total: $6,131.76 |
| 6 | ELECTRICAL RELIABILITY SERVICES, INC | Laredo, LLC | 37386 | 9/20/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $4,322.00<br><br>Total: $4,322.00 | ELECTRICAL RELIABILITY SERVICES, INC. | Barney Davis, LLC | 221 | 6/15/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $13,685.00<br><br>Total: $13,685.00 |
| 7 | EMERSON AUTOMATION SOLUTIONS FINAL CONTROL US LP | Talen Energy Supply, LLC | 2866 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $64,307.56<br><br>Total: $64,307.56 | EMERSON AUTOMATION SOLUTIONS FINAL CONTROL US LP | Montour, LLC | 3075 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $64,307.56<br><br>Total: $64,307.56 |
| 8 | EMERSON PROCESS MANAGEMENT ROSEMOUNT INC. | Talen Energy Supply, LLC | 3372 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $13,665.00<br><br>Total: $13,665.00 | EMERSON PROCESS MANAGEMENT ROSEMOUNT INC. | Brunner Island, LLC | 2993 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $13,665.00<br><br>Total: $13,665.00 |

| | Claim to be Disallowed | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts |
| 9 | FLOWSERVE US, INC. | Talen Energy Supply, LLC | 3404 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $32,264.23<br><br>Total: $32,264.23 | FLOWSERVE US, INC. | Susquehanna Nuclear, LLC | 3230 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $32,264.23<br><br>Total: $32,264.23 |
| 10 | HITACHI ENERGY USA INC. | Talen Energy Supply, LLC | 1305 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $56,342.00<br><br>Total: $56,342.00 | HITACHI ENERGY USA INC. | Brunner Island, LLC | 1602 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $56,342.00<br><br>Total: $56,342.00 |
| 11 | LBS ENTERPRISES INC DBA LBS CORPORATION | Talen Energy Supply, LLC | 3509 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,856.97<br><br>Total: $3,856.97 | LBS ENTERPRISES INC DBA LBS CORPORATION | H.A. Wagner LLC | 3308 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,856.97<br><br>Total: $3,856.97 |
| 12 | MID-ATLANTIC PUMP & EQUIPMENT CO. | Talen Montana Holdings, LLC | 541 | 7/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $31,380.00<br><br>Total: $31,380.00 | MID-ATLANTIC PUMP & EQUIPMENT CO | Talen Energy Supply, LLC | 1331 | 7/28/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $31,380.00<br><br>Total: $31,380.00 |
| 13 | POWER AND WATER SOLUTIONS | Talen Energy Supply, LLC | 3243 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $28,003.01<br><br>Total: $28,003.01 | POWER AND WATER SOLUTIONS | Brunner Island, LLC | 3481 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $28,003.01<br><br>Total: $28,003.01 |
| 14 | POWER AND WATER SOLUTIONS | Talen Energy Supply, LLC | 3485 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,472.78<br><br>Total: $3,472.78 | POWER AND WATER SOLUTIONS | Newark Bay Cogeneration Partnership, L.P. | 3165 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,472.78<br><br>Total: $3,472.78 |
| 15 | ROSEMOUNT INC. | Talen Energy Supply, LLC | 3057 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $5,159.66<br><br>Total: $5,159.66 | ROSEMOUNT INC | Nueces Bay, LLC | 2915 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $5,159.56<br><br>Total: $5,159.56 |
| 16 | ROSEMOUNT NUCLEAR INSTRUMENTS | Talen Energy Supply, LLC | 3224 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $16,506.32<br><br>Total: $16,506.32 | ROSEMOUNT NUCLEAR INSTRUMENTS | Susquehanna Nuclear, LLC | 3020 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $16,506.32<br><br>Total: $16,506.32 |

| | Claim to be Disallowed | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts |
| 17 | SOUTHERN FIELD MAINTENANCE & FABRICATION, LLC | Talen Energy Supply, LLC | 193 | 6/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $77,946.00<br>Total: $77,946.00 | SOUTHERN FIELD MAINTENANCE & FABRICATION, LLC | H.A. Wagner LLC | 196 | 6/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $77,946.00<br>Total: $77,946.00 |
| 18 | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Talen Energy Supply, LLC | 1917 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $83,294.46<br>Total: $83,294.46 | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Dartmouth Power Associates Limited Partnership | 1541 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $689.99<br>Total: $689.99 |
| | | | | | | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Montour, LLC | 2249 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $5,982.34<br>Total: $5,982.34 |
| | | | | | | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Susquehanna Nuclear, LLC | 2175 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $67,822.28<br>Total: $67,822.28 |
| | | | | | | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Brunner Island, LLC | 2355 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,799.85<br>Total: $8,799.85 |
| 19 | TAS ENERGY INC. | Talen Energy Supply, LLC | 2482 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $283,468.64<br>Total: $283,468.64 | TAS ENERGY INC. | Nueces Bay, LLC | 3398 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $56,243.38<br>Total: $56,243.38 |
| | | | | | | TAS ENERGY INC | Barney Davis, LLC | 3521 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $227,225.26<br>Total: $227,225.26 |
| 20 | TFS ENERGY SOLUTIONS, LLC | Talen Energy Supply, LLC | 323 | 7/12/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $300,713.00<br>Total: $300,713.00 | TRADITION ENERGY | Talen Energy Marketing, LLC | 614 | 7/26/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $300,713.00<br>Total: $300,713.00 |

| | Claim to be Disallowed | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts |
| 21 | TRADEPOINT ATLANTIC, LLC | Talen Energy Marketing, LLC | 1748 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $29,950.68<br><br>Total: $29,950.68 | TRADEPOINT ATLANTIC, LLC | Talen Generation, LLC | 1651 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $29,950.68<br><br>Total: $29,950.68 |
| 22 | TRADEPOINT TERMINALS, LLC | Talen Energy Marketing, LLC | 1686 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $210,337.12<br><br>Total: $210,337.12 | TRADEPOINT TERMINALS, LLC | Talen Generation, LLC | 1798 | 7/29/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $210,337.12<br><br>Total: $210,337.12 |
| 23 | TRILLIUM VALVES USA | Brandon Shores LLC | 30 | 5/19/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,604.00<br><br>Total: $8,604.00 | TRILLIUM VALVES USA | Talen Energy Supply, LLC | 3060 | 8/1/2022 | 503(b)(9): $19,618.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $479,117.37<br>General Unsecured: $0.00<br><br>Total: $498,735.37 |
| 24 | TRILLIUM VALVES USA | Brunner Island, LLC | 31 | 5/19/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $13,190.64<br><br>Total: $13,190.64 | | | | | |