# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>TALEN ENERGY CORPORATION,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 22-90339 (MI) |

**PPL PARTIES' NOTICE OF WITHDRAWAL
WITH PREJUDICE OF PPL BANKRUPTCY CLAIMS**

The PPL Parties[2] hereby give notice that they have: (A) withdrawn with prejudice the following proofs of claim filed in the Talen Bankruptcy: (i) Claim Nos. 2247, 3074, 3077, 3079, 3080, 3082, 3083, 3084, 3085, 3088, 3089, 37498, 37544, 37545, 37546, 37547, 37548, 37549, 37550, 37551, 37552, and 37553 filed by PPL Corp., (ii) Claim Nos. 37541, 37542, and 37543 filed by CEP Reserves, Inc., (iii) Claim Nos. 3069, 3072, 3073, 37500, 37531, 37532, and 37533 filed by PPL Capital Funding, Inc., (iv) Claim Nos. 2248, 3097, 3092, 3093, 3095, 3098, 3101, 3102, 37499, 37534, 37535, 37536, and 37537 filed by PPL Electric Utilities Corp., and (v) Claim Nos. 3107, 3108, 3109, 37539, 37540, 37497, and 37538 filed by PPL Energy Funding Corp (vi) Claim No. 3114 filed by PP&L Residual Corporation; and (B) withdrawn with prejudice any right to recovery with respect to the following claims scheduled by the Talen Parties[3] in the Talen

---

[1] A complete list of the reorganized debtors (collectively, the "**Reorganized Debtors**") in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/talenenergy. The Reorganized Debtors' primary mailing address is 1780 Hughes Landing Boulevard, Suite 800, The Woodlands, Texas 77380.

[2] PPL Corporation ("**PPL**"), CEP Reserves, Inc. ("**CEP**"), PPL Capital Funding, Inc. ("**PPL Capital Funding**"), PPL Electric Utilities Corporation ("**PPL Electric Utilities**"), PP&L Residual Corporation ("**PP&L Residual Corp.**"), and PPL Energy Funding Corporation ("**PPL Energy Funding**" and together with PPL, CEP, PPL Capital Funding, PPL Electric Utilities, and PP&L Residual Corp. the "**PPL Parties**").

[3] Talen Montana, LLC ("**Talen Montana**"), Talen Energy Supply, LLC ("**Talen Energy Supply**"), and Talen Energy Corporation ("**TEC**," and together with Talen Montana and Talen Energy Supply, the "**Talen Parties**").

DMS 305086686

Bankruptcy: Claim Nos. 5231866, 5231867, 5233757, 5234109, 5234423, 5234695, 5235184, 5235202, and 5607034.

The PPL Parties authorize the Clerk of the Court or the duly appointed claims agent of the Reorganized Debtors to reflect that the above-referenced claims have been withdrawn on the official claims register for the Talen Bankruptcy.

*[Remainder of page left blank intentionally]*

DMS 305086686

| | |
|---|---|
| Dated: January 4, 2024<br>Houston, Texas | Respectfully submitted, |
| **SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP** | **HUNTON ANDREWS KURTH LLP**<br><br>*/s/ Timothy A. ("Tad") Davidson II* |
| George A. Zimmerman (admitted *pro hac vice*)<br>Tansy Woan (admitted *pro hac vice*)<br>Kyle J. Schwartz (admitted *pro hac vice*)<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile:  (212) 735-2000<br>Email: george.zimmerman@skadden.com<br>　　　tansy.woan@skadden.com<br>　　　kyle.schwartz@skadden.com | Timothy A. ("Tad") Davidson II<br>Texas Bar. No. 24012503<br>Joseph W. Buoni<br>Texas Bar No. 24072009<br>Ashley L. Harper<br>Texas Bar No. 24065272<br>600 Travis Street, Suite 4200<br>Houston, Texas 77002<br>Telephone: (713) 220-4200<br>Facsimile:  (713) 220-4285<br>Email: taddavidson@huntonak.com<br>　　　josephbuoni@huntonak.com<br>　　　ashleyharper@huntonak.com |
| -and- | -and- |
| **SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP**<br>Paul J. Lockwood (admitted *pro hac vice*)<br>Nicole A. DiSalvo (admitted *pro hac vice*)<br>Stephen J. Della Penna (admitted *pro hac vice*)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-3000<br>Facsimile:  (302) 651-3001<br>Email: paul.lockwood@skadden.com<br>　　　nicole.disalvo@skadden.com<br>　　　stephen.dellapenna@skadden.com | **CHIPMAN BROWN CICERO & COLE, LLP**<br>Robert A. Weber (admitted *pro hac vice*)<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: (302) 295-0196<br>Email:  Weber@ChipmanBrown.com<br><br>*Attorneys for the PPL Parties* |