United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 19, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY CORPORATION, | § | Case No. 22-90339 (MI) |
| | § | |
| | § | |
| Reorganized Debtor.[1] | § | |
| | § | |

### ORDER SUSTAINING GUC TRUSTEE'S FIRST
### OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Satisfied Claims)
### (Related Docket No. 152)

Upon the objection (the "Objection"),[2] of the Talen GUC Trust (the "GUC Trust"), seeking

entry of an order (this "Order") disallowing the Satisfied Claims identified on **Schedule 1** hereto

and granting related relief, all as more fully set forth in the Objection; and upon the Declaration of

Earnestiena Cheng; pursuant to sections 502(b) and 105(a) of title 11 of the United States Code

(the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

Rule 3007-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern

District of Texas; and the Court having jurisdiction to consider the Objection and the relief

requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7305, and the Debtors' primary mailing address is 2929 Allen Parkway, Suite 2200, Houston, TX 77019.  The chapter 11 cases of the affiliates of the Reorganized Debtor were closed effective as of July 28, 2023, and a complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases ra.kroll.com/talenenergy.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection having been provided, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having found and determined that the relief sought in the Objection is in the best interests of the GUC Trust, GUC Trust Beneficiaries, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      All General Unsecured portions of the Satisfied Claims identified on **Schedule 1** to this Order are disallowed in their entirety.

2.      Kroll Restructuring Administration LLC, as claims, noticing and solicitation agent, is authorized and directed to update the official claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3.      Each Satisfied Claim and the Objection thereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order will be deemed a separate order with respect to each Satisfied Claim.

4.      Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the GUC Trust, Reorganized Debtors or Debtors, as applicable, (ii) a waiver of the GUC Trust's, the Reorganized Debtors,' or any appropriate party-in-interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the GUC Trust's, the Reorganized Debtors', or any other party-in-interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, or (iv) an approval, adoption, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

5.      The GUC Trust is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6.      This Court retains exclusive jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: January 18, 2024

Marvin Isgur
United States Bankruptcy Judge

<u>**Schedule 1**</u>

**Satisfied Claims**

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 1 | A.P. SERVICES, LLC DBA CURTISS-WRIGHT NUCLEAR DIVISION | Montour, LLC | 5233934 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,276.80<br><br>Total: $1,276.80 | Scheduled claim number 5233934 is a claim for $1,276.80. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/27/22. |
| 2 | ADAPTONE LLC | Talen Energy Supply, LLC | 5232005 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $887.67<br><br>Total: $887.67 | Scheduled Claim 5232005 is a claim for $887.67. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133820 dated 07/01/2022. |
| 3 | AIRGAS, INC. DBA AIRGAS USA, LLC | Montour, LLC | 5233993 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,158.03<br><br>Total: $1,158.03 | Scheduled claim number 5233993 is a claim for $1,158.03. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22 and 07/15/22. |
| 4 | AIRGAS, INC. DBA AIRGAS USA, LLC | Brunner Island, LLC | 5234250 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $94.00<br><br>Total: $94.00 | Scheduled claim number 5234250 is a claim for $94.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/15/22 and 07/01/22. |
| 5 | AIRGAS, INC. DBA AIRGAS USA, LLC | Camden Plant Holding, L.L.C. | 5234607 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,508.46<br><br>Total: $1,508.46 | Scheduled claim number 5234607 is a claim for $1,508.46. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/23/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 6 | AIRGAS, INC. DBA AIRGAS USA, LLC | Dartmouth Power Associates Limited Partnership | 5235465 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,687.24<br><br>Total: $1,687.24 | Scheduled claim number 5235465 is a claim for $1,687.24. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22 and 07/07/22. |
| 7 | AIRGAS, INC. DBA AIRGAS USA, LLC | Laredo, LLC | 5235529 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,973.70<br><br>Total: $1,973.70 | Scheduled claim number 5235529 is a claim for $1,973.70. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 8 | AIRLINE HYDRAULICS | Raven Power Property LLC | 5233462 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $421.46<br><br>Total: $421.46 | Scheduled claim number 5233462 is a claim for $421.46. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 10/07/22. |
| 9 | ALLIED ELECTRONICS, INC, DBA ALLIED ELECTRONICS & AUTOMATION | Brandon Shores LLC | 5235284 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,008.92<br><br>Total: $1,008.92 | Scheduled claim number 5235284 is a claim for $1,008.92. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/20/22. |
| 10 | AON CONSULTING, INC. DBA HEWITT ASSOCIATES LLC | Talen Energy Supply, LLC | 5231981 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $544.35<br><br>Total: $544.35 | Scheduled claim number 5231981 is a claim for $544.35. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/11/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 11 | ARMSTRONG OPERATING CO., LLC DBA ARMSTRONG LUMBER | Nueces Bay, LLC | 5233544 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $469.52<br><br>Total: $469.52 | Scheduled claim number 5233544 is a claim for $469.52. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/02/22. |
| 12 | ATLAS COPCO COMPRESSORS LLC | Dartmouth Power Associates Limited Partnership | 5235467 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,179.52<br><br>Total: $1,179.52 | Scheduled claim number 5235467 is a claim for $1,179.52. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 11/14/2022. |
| 13 | BALTIMORE RUBBER & GASKET CO INC | Raven Power Property LLC | 5233484 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,364.72<br><br>Total: $1,364.72 | Scheduled claim number 5233484 is a claim for $1,364.72. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 14 | BASLER ELECTRIC COMPANY | Brunner Island, LLC | 5234251 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,950.00<br><br>Total: $1,950.00 | Scheduled claim number 5234251 is a claim for $1,950.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/22/22. |
| 15 | BMI MECHANICAL INC. | Dartmouth Power Associates Limited Partnership | 5235468 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,216.00<br><br>Total: $1,216.00 | Scheduled Claim 5235468 is a claim for $1,216.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134233 dated 08/05/2022. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 16 | BORDEN & REMINGTON CORP. | Dartmouth Power Associates Limited Partnership | 5235469 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,879.08<br><br>Total: $1,879.08 | Scheduled Claim 5235469 is a claim for $1,879.08. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133929 dated 07/14/2022. |
| 17 | C. H. REED, INC | Montour, LLC | 5233973 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,532.40<br><br>Total: $1,532.40 | Scheduled claim number 5233973 is a claim for $1,532.40. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/25/22 and 06/24/22. |
| 18 | CAPITAL LIGHTING & SUPPLY, LLC DBA CAPITAL ELECTRIC | Brunner Island, LLC | 5234333 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,501.60<br><br>Total: $1,501.60 | Scheduled claim number 5234333 is a claim for $1,501.60. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/25/22, 07/08/22, 07/01/22 and 06/30/22. |
| 19 | CEMTEK SYSTEMS INC | Newark Bay Cogeneration Partnership, L.P. | 5234819 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,686.00<br><br>Total: $1,686.00 | Scheduled claim number 5234819 is a claim for $1,686.00. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 20 | CINTAS CORPORATION | Newark Bay Cogeneration Partnership, L.P. | 5234816 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,662.42<br><br>Total: $1,662.42 | Scheduled claim number 5234816 is a claim for $1,662.42. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22 and 06/30/22. |

| | | | | | **Satisfied in Full Claims** | |
|---|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Debtor Name** | **Claim #** | **Date Filed** | **Claim Amounts** | **Objection Basis** |
| 21 | CINTAS CORPORATION | Dartmouth Power Associates Limited Partnership | 5235462 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,591.33<br><br>Total: $1,591.33 | Scheduled claim number 5235462 is a claim for $1,591.33. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 22 | CIVIL & ENVIRONMENTAL CONSULTANTS, INC. | Brunner Island, LLC | 5234353 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,418.65<br><br>Total: $1,418.65 | Scheduled claim number 5234353 is a claim for $1,418.65. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 23 | CLEARVIEW ASSET PROTECTION | Talen Energy Supply, LLC | 5232017 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $859.96<br><br>Total: $859.96 | Scheduled claim number 5232017 is a claim for $859.96. Claim has been satisfied in full pursuant to payment via wire paid on 07/08/22. |
| 24 | COASTAL BEND ICE, INC. | Nueces Bay, LLC | 5233553 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $862.50<br><br>Total: $862.50 | Scheduled claim number 5233553 is a claim for $862.50. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/24/22 and 07/18/22. |
| 25 | COMPLETE RECYCLING SOLUTIONS LLC | Dartmouth Power Associates Limited Partnership | 502 | 7/21/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $400.82<br><br>Total: $400.82 | Claim number 502 asserts an amount of $400.82. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134513 dated 09/02/2022. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 26 | CORPUS CHRISTI SAFE & LOCK CO. INC. | Barney Davis, LLC | 5235726 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,818.60<br><br>Total: $1,818.60 | Scheduled claim number 5235726 is a claim for $1,818.60. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 27 | CREATIVE SAFETY SUPPLY | Susquehanna Nuclear, LLC | 5235049 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,069.95<br><br>Total: $1,069.95 | Scheduled claim number 5235049 is a claim for $1,069.95. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 28 | DELPHI CONTROL SYSTEMS INC | Susquehanna Nuclear, LLC | 5234958 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,018.00<br><br>Total: $1,018.00 | Scheduled claim number 5234958 is a claim for $1,018.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 09/08/22. |
| 29 | ELECTROSWITCH | Brandon Shores LLC | 5235283 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $96.00<br><br>Total: $96.00 | Scheduled claim number 5235283 is a claim for $96.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/04/22. |
| 30 | ETEC INDUSTRIAL SERVICES, LLC | Nueces Bay, LLC | 5233570 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,000.00<br><br>Total: $1,000.00 | Scheduled claim number 5233570 is a claim for $1,000.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/11/22. |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
|---|---|---|---|---|---|---|
| | | | | | **Satisfied in Full Claims** | |
| 31 | FCX PERFORMANCE, INC. | Montour, LLC | 5233974 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,466.40<br><br>Total: $1,466.40 | Scheduled claim number 5233974 is a claim for $1,466.40. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 09/16/22. |
| 32 | FIBER INSTRUMENT SALES INC | Susquehanna Nuclear, LLC | 5235092 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,001.30<br><br>Total: $1,001.30 | Scheduled claim number 5235092 is a claim for $1,001.30. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/22/22 and 09/15/22. |
| 33 | FORNEY CORPORATION | Raven Power Property LLC | 5233483 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,984.00<br><br>Total: $1,984.00 | Scheduled Claim 5233483 is a claim for $1,984.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134123 dated 07/28/2022. |
| 34 | FROMM ELECTRIC SUPPLY CORP. | Montour, LLC | 5233980 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,053.35<br><br>Total: $1,053.35 | Scheduled claim number 5233980 is a claim for $1,053.35. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/22/22. |
| 35 | GATEWAY PRINTING & OFFICE SUPPLY, INC. | Nueces Bay, LLC | 5233574 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,299.52<br><br>Total: $1,299.52 | Scheduled claim number 5233574 is a claim for $1,299.52. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/08/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 36 | GP STRATEGIES CORPORATION | Nueces Bay, LLC | 5233575 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,282.50<br><br>Total: $1,282.50 | Scheduled Claim 5233575 is a claim for $1,282.50. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134481 dated 08/30/2022. |
| 37 | HACH COMPANY | Talen Montana, LLC | 5233802 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,469.44<br><br>Total: $1,469.44 | Scheduled claim number 5233802 is a claim for $1,469.44. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 38 | HARRINGTON-ROBB ASSOCIATES INC | Camden Plant Holding, L.L.C. | 5234631 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,184.24<br><br>Total: $1,184.24 | Scheduled claim number 5234631 is a claim for $1,184.24. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 09/12/22. |
| 39 | HIGHPOINT TECHNICAL SALES, LLC | Montour, LLC | 5234001 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,240.42<br><br>Total: $1,240.42 | Scheduled claim number 5234001 is a claim for $1,240.42. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/19/22. |
| 40 | HOFFMAN MACHINE SHOP INC | Montour, LLC | 5234090 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,035.76<br><br>Total: $1,035.76 | Scheduled Claim 5234090 is a claim for $1,035.76. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134228 dated 08/04/2022. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 41 | HOPEWELL DESIGNS INC | Susquehanna Nuclear, LLC | 5235042 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,150.00<br><br>Total: $1,150.00 | Scheduled claim number 5235042 is a claim for $1,150.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 10/03/22. |
| 42 | INSIGHT SERVICES, INC DBA TESTOIL | Montour, LLC | 5234003 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,322.24<br><br>Total: $1,322.24 | Scheduled claim number 5234003 is a claim for $1,322.24. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/24/22. |
| 43 | INTERCONTINENTAL EXCHANGE HOLDINGS, INC. DBA ICE TRADE VAULT, LLC | Talen Energy Marketing, LLC | 5233354 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $750.00<br><br>Total: $750.00 | Scheduled claim number 5233354 is a claim for $750.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/20/22. |
| 44 | J. J. MEDEIROS INC | Dartmouth Power Associates Limited Partnership | 5235499 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,575.00<br><br>Total: $1,575.00 | Scheduled claim number 5235499 is a claim for $1,575.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/18/22. |
| 45 | KB CHEMICAL COMPANY | Talen Montana, LLC | 5233777 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,348.20<br><br>Total: $1,348.20 | Scheduled claim number 5233777 is a claim for $1,348.20. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 46 | KELLNER ELECTRONICS DBA BASICEPARTS | Susquehanna Nuclear, LLC | 5234968 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,325.00<br><br>Total: $1,325.00 | Scheduled claim number 5234968 is a claim for $1,325.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 47 | KENDALL ELECTRIC INC | Montour, LLC | 5234122 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,198.15<br><br>Total: $1,198.15 | Scheduled claim number 5234122 is a claim for $1,198.15. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 48 | LANDAUER, INC. | Susquehanna Nuclear, LLC | 5235161 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,433.70<br><br>Total: $1,433.70 | Scheduled claim number 5235161 is a claim for $1,433.70. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/29/22. |
| 49 | LS MANAGEMENT, LLC DBA PRIMARY RECRUITING SERVICES | Barney Davis, LLC | 5235748 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,173.82<br><br>Total: $1,173.82 | Scheduled claim number 5235748 is a claim for $1,173.82. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/08/22. |
| 50 | LUGO SECURITY SERVICES INC. | Laredo, LLC | 5235539 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,304.28<br><br>Total: $1,304.28 | Scheduled claim number 5235539 is a claim for $1,304.28. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/30/22 and 06/23/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 51 | M&C TECHGROUP NORTH AMERICA, INC. | Brunner Island, LLC | 5234284 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,150.00<br><br>Total: $1,150.00 | Scheduled claim number 5234284 is a claim for $1,150.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/06/22. |
| 52 | MALARK LOGISTICS INC | Talen Energy Supply, LLC | 5231993 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $97.11<br><br>Total: $97.11 | Scheduled claim number 5231993 is a claim for $97.11. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 53 | MALARK LOGISTICS INC | Raven Power Fort Smallwood LLC | 5233393 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,564.95<br><br>Total: $1,564.95 | Scheduled claim number 5233393 is a claim for $1,564.95. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 54 | MARCH-SOUTHWESTERN CORPORATION DBA SOUTHWESTERN CORPORATION | Montour, LLC | 5234075 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,213.00<br><br>Total: $1,213.00 | Scheduled Claim 5234075 is a claim for $1,213.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134131 dated 07/28/2022. |
| 55 | MARK F. ALLEN DBA ALLEN JANITORIAL, LLC | Nueces Bay, LLC | 5233621 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,003.03<br><br>Total: $1,003.03 | Scheduled claim number 5233621 is a claim for $1,003.03. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/30/22. |

| | Satisfied in Full Claims | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 56 | MCS INC | Talen Montana, LLC | 5233832 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,750.00<br><br>Total: $1,750.00 | Scheduled claim number 5233832 is a claim for $1,750.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/22/22. |
| 57 | MILLER ENVIRONMENTAL SERVICES LLC | Nueces Bay, LLC | 5233588 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,558.00<br><br>Total: $1,558.00 | Scheduled Claim 5233588 is a claim for $1,558.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133949 dated 07/15/2022. |
| 58 | MOTION AND FLOW CONTROL PRODUCTS, INC. | Talen Montana, LLC | 5233821 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $98.14<br><br>Total: $98.14 | Scheduled claim number 5233821 is a claim for $98.14. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/27/22. |
| 59 | MT WATERWORKS | Talen Montana, LLC | 5233820 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,489.50<br><br>Total: $1,489.50 | Scheduled Claim 5233820 is a claim for $1,489.50. Claim has been satisfied in full pursuant to payment made via outsourced check no.37909 dated 07/18/2022. |
| 60 | NATIONAL SAFETY SUPPLY, INC | H.A. Wagner LLC | 5234538 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,649.26<br><br>Total: $1,649.26 | Scheduled claim number 5234538 is a claim for $1,649.26. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 06/22/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 61 | NEW BEDFORD WELDING SUPPLY INC | Dartmouth Power Associates Limited Partnership | 5235480 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,089.53<br><br>Total: $1,089.53 | Scheduled Claim 5235480 is a claim for $1,089.53. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134719 dated 09/19/2022. |
| 62 | NEW PIG CORP | Brunner Island, LLC | 5234266 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,672.00<br><br>Total: $1,672.00 | Scheduled claim number 5234266 is a claim for $1,672.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/22/22. |
| 63 | NEW PIG CORP | Brandon Shores LLC | 5235270 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,952.00<br><br>Total: $1,952.00 | Scheduled claim number 5235270 is a claim for $1,952.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/22/22. |
| 64 | NGS CAYMAN HOLDINGS, L.P. DBA NGS N.A., LLC DRESSER PIPELINE SOLUTIONS | Raven Power Property LLC | 5233506 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $504.84<br><br>Total: $504.84 | Scheduled Claim 5233506 is a claim for $504.84. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134213 dated 08/04/2022. |
| 65 | ONCESOURCE INC DBA ONESOURCE STAFFING SOLUTIONS | Susquehanna Nuclear, LLC | 5235113 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,932.46<br><br>Total: $1,932.46 | Scheduled claim number 5235113 is a claim for $1,932.46. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22 and 06/27/22. |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | **Satisfied in Full Claims** |

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
|---|---|---|---|---|---|---|
| 66 | ONE SOURCE TECHNOLOGY, LLC DBA ASURINT | Talen Energy Supply, LLC | 5231949 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $821.97<br><br>Total: $821.97 | Scheduled claim number 5231949 is a claim for $821.97. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 67 | PAINTED ROCK LLC DBA SWAGELOK CORPUS CHRISTI | Barney Davis, LLC | 5235670 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,051.11<br><br>Total: $1,051.11 | Scheduled claim number 5235670 is a claim for $1,051.11. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/27/22. |
| 68 | PENN AIR & HYDRAULICS | Montour, LLC | 5234073 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,305.24<br><br>Total: $1,305.24 | Scheduled Claim 5234073 is a claim for $1,305.24. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134047 dated 07/22/2022. |
| 69 | PETROLEUM SERVICE CO | Susquehanna Nuclear, LLC | 5235081 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,040.21<br><br>Total: $1,040.21 | Scheduled claim number 5235081 is a claim for $1,040.21. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/21/22, 07/29/22 and 07/28/22. |
| 70 | PINNACLE INVESTIGATIONS CORP | Susquehanna Nuclear, LLC | 5235030 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,830.00<br><br>Total: $1,830.00 | Scheduled claim number 5235030 is a claim for $1,830.00. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 71 | PROCESSFLO INC | Montour, LLC | 5234032 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,644.13<br><br>Total: $1,644.13 | Scheduled claim number 5234032 is a claim for $1,644.13. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 72 | PROKARMA, INC. | Talen Energy Supply, LLC | 5231963 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,201.20<br><br>Total: $1,201.20 | Scheduled claim number 5231963 is a claim for $1,201.20. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/12/22. |
| 73 | PVS MINIBULK, INC | Camden Plant Holding, L.L.C. | 5234618 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,014.26<br><br>Total: $1,014.26 | Scheduled Claim 5234618 is a claim for $1,014.26. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133921 dated 07/13/2022. |
| 74 | RED VALVE COMPANY, INC. DBA TIDEFLEX TECHNOLOGIES | Montour, LLC | 5234037 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,680.00<br><br>Total: $1,680.00 | Scheduled claim number 5234037 is a claim for $1,680.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/04/22. |

| | Satisfied in Full Claims | | | | | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 75 | RG INDUSTRIES INC DBA RG GROUP, ALLEGHENY FLUID POWER, POWERTECH HYDRAULICS, VAN AIR & HYDRAULICS, WEAVER FLUID POWER | Montour, LLC | 5233947 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,763.56<br><br>Total: $1,763.56 | Scheduled claim number 5233947 is a claim for $1,763.56. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 06/22/22. |
| 76 | ROBNET, INC | H.A. Wagner LLC | 5234470 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,396.00<br><br>Total: $1,396.00 | Scheduled claim number 5234470 is a claim for $1,396.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/04/22. |
| 77 | SAFETY-KLEEN SYSTEMS, INC. | Camden Plant Holding, L.L.C. | 148 | 6/7/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $535.84<br><br>Total: $535.84 | Claim number 148 asserts an amount of $535.84. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/23/22. |
| 78 | SGS NORTH AMERICA INC | H.A. Wagner LLC | 5234497 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,463.60<br><br>Total: $1,463.60 | Scheduled claim number 5234497 is a claim for $1,463.60. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/20/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 79 | SID TOOL CO INC DBA MSC INDUSTRIAL SUPPLY CO | Raven Power Property LLC | 5233457 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $827.85<br><br>Total: $827.85 | Scheduled claim number 5233457 is a claim for $827.85. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 08/12/22. |
| 80 | SID TOOL CO INC DBA MSC INDUSTRIAL SUPPLY CO | Talen Montana, LLC | 5233779 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,320.84<br><br>Total: $1,320.84 | Scheduled claim number 5233779 is a claim for $1,320.84. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/18/22. |
| 81 | SID TOOL CO INC DBA MSC INDUSTRIAL SUPPLY CO | Montour, LLC | 5233938 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,159.85<br><br>Total: $1,159.85 | Scheduled claim number 5233938 is a claim for $1,159.85. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/22/22 and 08/12/22. |
| 82 | SIEMENS ENERGY, INC. | Raven Power Property LLC | 5233473 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,291.00<br><br>Total: $1,291.00 | Scheduled claim number 5233473 is a claim for $1,291.00. Claim has been satisfied in full pursuant to payment via wire paid on 07/29/22. |
| 83 | STRUCTURAL FASTENERS INC DBA STRUCT FAST INC | Raven Power Property LLC | 5233493 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $915.00<br><br>Total: $915.00 | Scheduled Claim 5233493 is a claim for $915.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134220 dated 08/04/2022. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 84 | SUNBELT RENTALS INC | H.A. Wagner LLC | 5234472 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,667.12<br><br>Total: $1,667.12 | Scheduled claim number 5234472 is a claim for $1,667.12. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 85 | SUNBELT RENTALS INC | Brandon Shores LLC | 5235255 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,656.70<br><br>Total: $1,656.70 | Scheduled claim number 5235255 is a claim for $1,656.70. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 06/30/22. |
| 86 | SUPERBOLT, INC. | Talen Montana, LLC | 5233829 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,120.00<br><br>Total: $1,120.00 | Scheduled claim number 5233829 is a claim for $1,120.00. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/24/22. |
| 87 | SUSQUEHANNA PAPER & SANITARY SUPPLY CORP | Brunner Island, LLC | 5234305 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,149.69<br><br>Total: $1,149.69 | Scheduled claim number 5234305 is a claim for $1,149.69. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/24/22 and 07/08/22. |
| 88 | TACOMA SCREW PRODUCTS, INC. | Talen Montana, LLC | 5233875 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,019.95<br><br>Total: $1,019.95 | Scheduled claim number 5233875 is a claim for $1,019.95. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/24/22, 06/23/22 and 07/01/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Claim Amounts | Objection Basis |
| 89 | TAYLOR'S GARAGE INC | Montour, LLC | 5234105 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,745.51<br><br>Total: $1,745.51 | Scheduled claim number 5234105 is a claim for $1,745.51. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/24/22. |
| 90 | TEXAS THRONE LLC | Barney Davis, LLC | 5235715 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,628.43<br><br>Total: $1,628.43 | Scheduled Claim 5235715 is a claim for $1,628.43. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133959 dated 07/15/2022. |
| 91 | THE TITUS COMPANY | Susquehanna Nuclear, LLC | 5234975 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,068.00<br><br>Total: $1,068.00 | Scheduled claim number 5234975 is a claim for $1,068.00. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |
| 92 | TRINITY CONSULTANTS INC | Talen Montana, LLC | 5233854 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,193.32<br><br>Total: $1,193.32 | Scheduled claim number 5233854 is a claim for $1,193.32. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/15/22. |
| 93 | TRINITY CONSULTANTS INC | Montour, LLC | 5234068 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,413.20<br><br>Total: $1,413.20 | Scheduled claim number 5234068 is a claim for $1,413.20. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/15/22. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Debtor Name** | **Claim #** | **Date Filed** | **Claim Amounts** | **Objection Basis** |
| 94 | TRI-STATE TECHNICAL SALES CORPORATION | Susquehanna Nuclear, LLC | 5234914 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,304.74<br><br>Total: $1,304.74 | Scheduled claim number 5234914 is a claim for $1,304.74. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/26/22 and 11/07/22. |
| 95 | UNITED POWER GROUP, INC | Dartmouth Power Associates Limited Partnership | 5235488 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,950.00<br><br>Total: $1,950.00 | Scheduled Claim 5235488 is a claim for $1,950.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 134487 dated 08/30/2022. |
| 96 | USIO OUTPUT SOLUTIONS INC - SERVICES | Talen Energy Supply, LLC | 5232008 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,074.40<br><br>Total: $1,074.40 | Scheduled claim number 5232008 is a claim for $1,074.40. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 06/27/22. |
| 97 | WESCO DISTRIBUTION, INC. | Brunner Island, LLC | 5234214 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,713.91<br><br>Total: $1,713.91 | Scheduled claim number 5234214 is a claim for $1,713.91. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/01/22. |
| 98 | WESTERN ENERGY SUPPORT & TECHNOLOGY, INC. DBA GRAFTEL, LLC | Susquehanna Nuclear, LLC | 5235204 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,600.00<br><br>Total: $1,600.00 | Scheduled Claim 5235204 is a claim for $1,600.00. Claim has been satisfied in full pursuant to payment made via outsourced check no. 133857 dated 07/07/2022. |

| | | | | | Satisfied in Full Claims | |
|---|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Debtor Name** | **Claim #** | **Date Filed** | **Claim Amounts** | **Objection Basis** |
| 99 | WESTGATE GLOBAL LOGISTICS | Montour, LLC | 5233965 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,429.58<br><br>Total: $1,429.58 | Scheduled claim number 5233965 is a claim for $1,429.58. Claim has been satisfied in full pursuant to payment via ACH Credit paid on 07/08/22 and 07/22/22. |
| 100 | XOMOX CORPORATION | Brunner Island, LLC | 5234326 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,290.00<br><br>Total: $1,290.00 | Scheduled claim number 5234326 is a claim for $1,290.00. Claim has been satisfied in full pursuant to payment transfer through the SIP program dated 07/11/22. |