United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TALEN ENERGY CORPORATION, | § | Case No. 22-90339 (MI) |
| | § | |
| Reorganized Debtor.[1] | § | |
| | § | |

### ORDER SUSTAINING GUC TRUSTEE'S TWENTY-SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS
**(Modified Debtor Claims)**
(Related Docket No. 178)

Upon the objection (the "Objection"),[2] of the Talen GUC Trust (the "GUC Trust"), seeking entry of an order (this "Order") modifying the Modified Debtor Claims identified on **Schedule 1** hereto and granting related relief, all as more fully set forth in the Objection; and upon the Declaration of Earnestiena Cheng; pursuant to sections 502(b) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7305, and the Debtors' primary mailing address is 2929 Allen Parkway, Suite 2200, Houston, TX 77019. The chapter 11 cases of the affiliates of the Reorganized Debtor were closed effective as of July 28, 2023, and a complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases.ra.kroll.com/talenenergy.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

4889-9073-0136.1 82853.003

proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having found and determined that the relief sought in the Objection is in the best interests of the GUC Trust, GUC Trust Beneficiaries, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. Each Modified Debtor Claim identified on **Schedule 1** hereto is modified to be a Claim asserted against the Debtor identified in the "Modified Debtor" column in **Schedule 1**; *provided that* the GUC Trust's or Reorganized Debtors' right to object to the Modified Debtor Claims on any applicable grounds is hereby preserved.

2. Kroll Restructuring Administration LLC, as claims, noticing and solicitation agent, is authorized and directed to update the official claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each Modified Debtor Claim and the Objection thereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Modified Debtor Claim.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the GUC Trust, Reorganized Debtors or Debtors, as applicable, (ii) a waiver of the GUC Trust's, the Reorganized Debtors,' or any appropriate party-in-interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the GUC Trust's, the Reorganized Debtors', or any other party-in-interest's rights under the Bankruptcy Code or any other applicable

non-bankruptcy law, or (iv) an approval, adoption, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

5. The GUC Trust is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains exclusive jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: January 25, 2024

Marvin Isgur
United States Bankruptcy Judge

## Schedule 1

**Modified Debtor Claims**

4889-9073-0136.1 82853.003

## Schedule 1

### Debtor to be Modified

| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Debtor |
|---|---|---|---|---|---|---|---|
| 1 | MO-VAC ENVIRONMENTAL, INC. | Talen Energy Supply, LLC | 191 | 6/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,443.12<br><br>Total: $3,443.12 | Filed claim number 191 asserts an amount of $3,443.12 at Talen Energy Supply, LLC. The liabilities asserted reside at Laredo, LLC. The invoices attached to the Proof of Claim show that the services and/or goods were provided to the location operated by Laredo, LLC and the Debtors' records confirm this. | Laredo, LLC |
| 2 | MUNTERS CORPORATION | Talen Energy Supply, LLC | 205 | 6/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $9,138.54<br><br>Total: $9,138.54 | Filed claim number 205 asserts an amount of $9,138.54 at Talen Energy Supply, LLC. The liabilities asserted reside at Barney Davis, LLC. The invoices attached to the Proof of Claim show that the services and/or goods were provided to an address of a location operated by Barney Davis, LLC and the Debtors' records confirm this. | Barney Davis, LLC |
| 3 | RELEVANT INDUSTRIAL LLC | Talen Energy Supply, LLC | 343 | 7/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $12,443.77<br><br>Total: $12,443.77 | Filed claim number 343 asserts an amount of $12,443.77 at Talen Energy Supply, LLC. The liabilities asserted reside at Barney Davis, LLC. The invoices attached to the Proof of Claim show that the services and/or goods were provided to to an address of a location operated by Barney Davis, LLC and the Debtors' records confirm this. | Barney Davis, LLC |
| 4 | WOOLSULATE CORPORATION | Talen Energy Supply, LLC | 426 | 7/19/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,632.08<br><br>Total: $6,632.08 | Filed claim number 426 asserts an amount of $6,632.08 at Talen Energy Supply, LLC. The liabilities asserted reside at Newark Bay Cogeneration Partnership, L.P. The invoices attached to the Proof of Claim show that the services and/or goods were provided to the location operated by Newark Bay Cogeneration Partnership, L.P and the Debtors' records confirm this. | Newark Bay Cogeneration Partnership, L.P. |