United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 12, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **TALEN ENERGY CORPORATION,** | § | **Case No. 22-90339 (MI)** |
| | § | |
| | § | |
| **Reorganized Debtor.**[1] | § | |
| | § | |

**ORDER SUSTAINING GUC TRUSTEE'S TWENTY-FIRST
OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Partially Satisfied Claims)**
(Related Docket No. 177)

Upon the objection (the "Objection"),[2] of the Talen GUC Trust (the "GUC Trust"), seeking entry of an order (this "Order") (i) disallowing certain satisfied portions of the General Unsecured Claims and General Unsecured Convenience Claims as listed in the "Original Claim Amount" column in **Schedule 1** to the Proposed Order (the "Partially Satisfied Claims") and (ii) reducing those Partially Satisfied Claims to the modified amount as listed in the corresponding "Modified Claim Amount" column, and granting related relief, all as more fully set forth in the Objection; and upon the Declaration of Earnestiena Cheng; pursuant to sections 502(b) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and Rule 3007-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas; and the Court having jurisdiction to consider

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 7305, and the Debtors' primary mailing address is 2929 Allen Parkway, Suite 2200, Houston, TX 77019.  The chapter 11 cases of the affiliates of the Reorganized Debtor were closed effective as of July 28, 2023, and a complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://cases ra.kroll.com/talenenergy.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

4894-3340-5080.3 82853.003

the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having found and determined that the relief sought in the Objection is in the best interests of the GUC Trust, GUC Trust Beneficiaries, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. All satisfied General Unsecured portions of the Partially Satisfied Claims as such amounts are identified in the "Objection Basis" column for such claim on **Schedule 1** to this Order are disallowed in their entirety; and the Partially Satisfied Claims are hereby reduced to the modified amount as listed in the corresponding "Modified Claim Amount" column for such claim on **Schedule 1** to the Proposed Order (collectively, the "Remaining Claims"); *provided that* the GUC Trust's or Reorganized Debtors' right to object to the Remaining Claims on any applicable grounds is hereby preserved.

2. Kroll Restructuring Administration LLC, as claims, noticing and solicitation agent, is authorized and directed to update the official claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

3. Each Partially Satisfied Claim and the Objection thereto constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Partially Satisfied Claim.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (i) an admission as to the validity of any claim against the GUC Trust, Reorganized Debtors or Debtors, as applicable, (ii) a waiver of the GUC Trust's, the Reorganized Debtors,' or any appropriate party-in-interest's rights to dispute the amount of, basis for, or validity of any claim, (iii) a waiver of the GUC Trust's, the Reorganized Debtors', or any other party-in-interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, or (iv) an approval, adoption, assumption, or rejection of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

5. The GUC Trust is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

6. This Court retains exclusive jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: February 12, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

## Schedule 1

**Partially Satisfied Claims**

4894-3340-5080.3 82853.003

| | Schedule 1 | | | | | | |
|---|---|---|---|---|---|---|---|
| | Partially Satisfied | | | | | | |
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 1 | A B FILICKO CO., INC. | Brandon Shores LLC | 5235317 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,943.02<br><br>Total: $6,943.02 | Scheduled claim number 5235317 is a claim for $6,943.02. Claim has partially been paid via outsourced check no.134196 on 8/4/2022 in the amount of $2,063.46. This reduces the total claim amount to $4,879.56. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $4,879.56<br><br>Total: $4,879.56 |
| 2 | A&B ENVIRONMENTAL SERVICES, INC DBA A&B LABS | Nueces Bay, LLC | 5233623 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,514.75<br><br>Total: $3,514.75 | Scheduled claim number 5233623 is a claim for $3,514.75. Claim has partially been paid by ACH on 7/11/2022 in the amount of $359.75. This reduces the total claim amount to $3,155.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,155.00<br><br>Total: $3,155.00 |
| 3 | AAF INTERNATIONAL | Susquehanna Nuclear, LLC | 5234991 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $9,768.78<br><br>Total: $9,768.78 | Scheduled claim number 5234991 is a claim for $9,768.78. Claim has partially been paid by ACH on 7/22/2022 in the amount of $9,491.78. This reduces the total claim amount to $277.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $277.00<br><br>Total: $277.00 |
| 4 | AMAZON CAPITAL SERVICES, INC. | Montour, LLC | 5234097 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,432.20<br><br>Total: $3,432.20 | Scheduled claim number 5234097 is a claim for $3,432.20. Claim has partially been paid by ACH Credit on 7/25/2022 and 7/26/2022 in the amount of $1,033.65. This reduces the total claim amount to $2,398.55. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,398.55<br><br>Total: $2,398.55 |
| 5 | AMAZON CAPITAL SERVICES, INC. | Camden Plant Holding, L.L.C. | 5234639 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $4,153.91<br><br>Total: $4,153.91 | Scheduled claim number 5234639 is a claim for $4,153.91. Claim has partially been paid by ACH Credit on 9/19/2022 in the amount of $881.59. This reduces the total claim amount to $3,272.32. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,272 32<br><br>Total: $3,272.32 |
| 6 | AMAZON CAPITAL SERVICES, INC. | Newark Bay Cogeneration Partnership, L.P. | 5234835 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $473.18<br><br>Total: $473.18 | Scheduled claim number 5234835 is a claim for $473.18. Claim has partially been paid by ACH Credit on 9/19/2022 in the amount of $145.01. This reduces the total claim amount to $328.17. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $328.17<br><br>Total: $328.17 |
| 7 | AMAZON CAPITAL SERVICES, INC. | Barney Davis, LLC | 5235716 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,500.79<br><br>Total: $1,500.79 | Scheduled claim number 5235716 is a claim for $1,500.79. Claim has partially been paid by ACH Credit on 9/16/2022 in the amount of $314.98. This reduces the total claim amount to $1,185.81. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,185 81<br><br>Total: $1,185.81 |
| 8 | AMAZON CAPITAL SERVICES, INC. | Brunner Island, LLC | 5234407 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,356.82<br><br>Total: $6,356.82 | Scheduled claim number 5234407 is a claim for $6,356.82. Claim has partially been paid by ACH Credit on 7/22/22 and 7/26/2022 in the amount of $4,941.43. This reduces the total claim amount to $1,415.39. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,415 39<br><br>Total: $1,415.39 |

| | | | | | | Partially Satisfied | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 9 | AMAZON CAPITAL SERVICES, INC. | Susquehanna Nuclear, LLC | 5235189 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $19,831.37<br><br>Total: $19,831.37 | Scheduled claim number 5235189 is a claim for $19,831.37. Claim has partially been paid by ACH Credit on 6/24/2022, 7/22/2022, and 7/26/2022 in the amount of $8,669.80. The amount reduction reduces the total claim amount to $11,161.57. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $11,161.57<br><br>Total: $11,161.57 |
| 10 | ATLANTIC CITY ELECTRIC COMPANY | Pedricktown Cogeneration Company LP | 2626 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $842,731.36<br><br>Total: $842,731.36 | Proof of claim asserts an amount of $842,731.36. Claim has partially been paid by outsourced check on 9/19/2022 in the amount of $244,744.99. This reduces the total claim amount to $597,986.37 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $597,986.37<br><br>Total: $597,986.37 |
| 11 | ATMOSPHERIC G2, LLC | Talen Energy Supply, LLC | 201 | 6/13/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,190.41<br><br>Total: $8,190.41 | Proof of claim asserts an amount of $8,190.41. Claim has partially been paid by ACH credit on 9/13/2022 in the amount of $4,616.24. The amount reduction reduces the claim to $3,574.17. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,574.17<br><br>Total: $3,574.17 |
| 12 | BLAC, INC. | Raven Power Property LLC | 400 | 7/18/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $47,840.00<br><br>Total: $47,840.00 | Proof of claim asserts an amount of $47,840. Claim has partially been paid by outsourced check dated 8/3/2022 in the amount of $36,840.00. The amount reduction reduces the total claim amount to $11,000.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $11,000.00<br><br>Total: $11,000.00 |
| 13 | BRANCH GROUP, INC. DBA REXEL, INC. | Raven Power Property LLC | 5233490 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $7,055.66<br><br>Total: $7,055.66 | Scheduled claim number 5233490 is a claim for $7,055.66. Claim has partially been paid by ACH Credit on 8/4/2022 in the amount of $319.27. The amount reduction reduces the total claim amount to $6,736.39. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,736 39<br><br>Total: $6,736.39 |
| 14 | C.N.ROBINSON LIGHTING SUPPLY COMPANY INC. | Raven Power Property LLC | 571 | 7/26/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,131.76<br><br>Total: $6,131.76 | Proof of claim asserts an amount of $6,131.76. Claim has partially been paid by outsourced checks on 7/27/2022, 8/3/2022, 8/4/2022, and 8/25/2022 in the amount of $3,638.25. The reduces the total claim amount to $2,493.51. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,493.51<br><br>Total: $2,493.51 |
| 15 | COLE PARMER INSTRUMENT COMPANY | Brunner Island, LLC | 5234253 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $122.54<br><br>Total: $122.54 | Scheduled claim number 5234253 is a claim for $122.54. Claim has partially been paid by ACH Credit on 8/4/2022 in the amount of $61.34. The amount reduction reduces the total claim amount to $61.20. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $61.20<br><br>Total: $61.20 |
| 16 | COLONIAL HARDWARE CORPORATION | Brunner Island, LLC | 5234231 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,175.22<br><br>Total: $1,175.22 | Scheduled claim number 5234231 is a claim for $1,175.22. Claim has partially been paid by ACH Credit on 7/22/2022 and 8/1/2022 in the amount of $87.65. This reduces the total claim amount to $1,087.57. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,087.57<br><br>Total: $1,087.57 |

| | | | | | Partially Satisfied | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 17 | CRANE NUCLEAR INC | Susquehanna Nuclear, LLC | 5235070 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $23,746.00<br><br>Total: $23,746.00 | Scheduled claim number 5235070 is a claim for $23,746.00. Claim has partially been paid by ACH Credit on 7/26/2022 in the amount of $22,896.00 The amount reduction reduces the total claim amount to $850.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $850.00<br><br>Total: $850.00 |
| 18 | CRYSTAL SPRINGS WATER COMPANY | Dartmouth Power Associates Limited Partnership | 5235498 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $196.45<br><br>Total: $196.45 | Scheduled claim number 5235498 is a claim for $196.45. Claim has partially been paid by outsourced check dated 5/18/2023 in the amount of $80.27. This reduces the total claim amount to $116.18. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $116.18<br><br>Total: $116.18 |
| 19 | DEALERS FIRST FINANCIAL, LLC | Talen Energy Supply, LLC | 5231983 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,695.21<br><br>Total: $1,695.21 | Scheduled claim number 5231983 is a claim for $1,695.21. Claim has partially been paid by ACH on 7/14/2022 in the amount of $89.13. This reduces the total claim amount to $1,606.08. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,606.08<br><br>Total: $1,606.08 |
| 20 | DWAIN MCCAIN PLUMBING CO, INC | Barney Davis, LLC | 5235642 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,212.35<br><br>Total: $1,212.35 | Scheduled claim number 5235642 is a claim for $1,212.35. Claim has partially been paid via outsourced check dated 5/18/2023 in the amount of $259 80 and reduces the total claim amount to $952.55. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $952.55<br><br>Total: $952.55 |
| 21 | ELECTRIC MOTOR SUPPLY COMPANY | Talen Energy Supply, LLC | 455 | 7/20/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $53,137.50<br><br>Total: $53,137.50 | Proof of claim asserts an amount of $53,137.50. Claim has partially been paid on 5/18/2023 in the amount of $49,326.14. The amount reduction reduces the total claim amount to $3,811 36. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,811 36<br><br>Total: $3,811.36 |
| 22 | ENVIRONMENTAL RESOURCE ASSOCIATES DBA A WATERS COMPANY | Barney Davis, LLC | 5235700 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,586.00<br><br>Total: $1,586.00 | Scheduled claim number 5235700 is a claim for $1,586. Claim has partially been paid via ACH credit on 8/23/2022 in the amount of $323.00 and reduces the total claim amount to $1,263.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,263.00<br><br>Total: $1,263.00 |
| 23 | FIRST INSTRUMENT SOLUTIONS, LTD | Nueces Bay, LLC | 1568 | 7/28/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $46,077.95<br><br>Total: $46,077.95 | Proof of claim asserts an amount of $46,077.95. Claim has partially been paid via ACH credit on 8/5/22 and 5/18/23 in the amount of $17,289.00 and reduces the claim amount to $28,788.95. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $28,788.95<br><br>Total: $28,788.95 |
| 24 | GLOBAL EQUIPMENT COMPANY INC DBA GLOBAL INDUSTRIAL, GLOBAL INDUSTRIAL EQUIPMENT | Susquehanna Nuclear, LLC | 5234965 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $14,719.69<br><br>Total: $14,719.69 | Scheduled claim number 5234965 is a claim for $14,719.69. Claim has partially been paid on 5/18/23 in the amount of $467.40. This reduces the total claim amount to $14,252.29. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $14,252.29<br><br>Total: $14,252.29 |
| 25 | GREATAMERICA FINANCIAL SERVICES CORPORATION DBA MARCO | York Generation Company LLC | 5235446 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $890.19<br><br>Total: $890.19 | Scheduled claim number 5235446 is a claim for $890.19. Claim has partially been paid on 5/18/23 and by outsourced check on 7/21/22 in the amount of $861.75. This reduces the total claim amount to $28.44. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $28.44<br><br>Total: $28.44 |

| | | | | | **Partially Satisfied** | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 26 | HACH COMPANY | Nueces Bay, LLC | 5233540 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $17,492.72<br><br>Total: $17,492.72 | Scheduled claim number 5233540 is a claim for $17,492.72. Claim has partially been paid on 7/25/2022 and 11/3/2022 in the amount of $2,906.26. The amount reduction reduces the total claim amount to $14,586.46. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $14,586.46<br><br>Total: $14,586.46 |
| 27 | HARRINGTON-ROBB ASSOCIATES INC | Brunner Island, LLC | 5234355 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,767.00<br><br>Total: $1,767.00 | Scheduled claim number 5234355 is a claim for $1,767.00. Claim has been partially paid by ACH on 7/22/2022 in the amount of $1,388.32. This reduces the total claim amount to $378.68. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $378.68<br><br>Total: $378.68 |
| 28 | HILTI INC | Brunner Island, LLC | 5234245 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $284.36<br><br>Total: $284.36 | Scheduled claim number 5234245 is a claim for $284.36. Claim has partially been paid by ACH on 7/26/2022 in the amount of $17.04. This reduces the total claim amount to $267.32. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $267.32<br><br>Total: $267.32 |
| 29 | HOSE OF SOUTH TEXAS, INC. | Nueces Bay, LLC | 5233579 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,214.13<br><br>Total: $3,214.13 | Scheduled claim number 5233579 is a claim for $3,214.13. Claim has partially been paid by ACH on 9/19/2022 in the amount of $1,610.84. This reduces the total claim amount to $1,603.29. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,603 29<br><br>Total: $1,603.29 |
| 30 | HOSE OF SOUTH TEXAS, INC. | Barney Davis, LLC | 5235657 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,722.57<br><br>Total: $2,722.57 | Scheduled claim number 5235657 is a claim for $2,722.57. Claim has partially been paid by ACH in the amount of $189 25. This reduces the total claim amount to $2,533.32. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,533 32<br><br>Total: $2,533.32 |
| 31 | INDOGEM INC | Talen Energy Supply, LLC | 88 | 5/27/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,960.40<br><br>Total: $2,960.40 | Proof of claim asserts an amount of $2,960.40. Claim has partially been paid by ACH credit in the amount of $2,746.26 on 7/7/22. This reduces the total claim amount to $214.14. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $214.14<br><br>Total: $214.14 |
| 32 | IVES EQUIPMENT CORP | H.A. Wagner LLC | 5234480 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,666.00<br><br>Total: $2,666.00 | Scheduled claim number 5234480 is a claim for $2,666.00. Claim has partially been paid by ACH on 9/19/2022 in the amount of $234.00. The amount reduction reduces the total claim amount to $2,432.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,432.00<br><br>Total: $2,432.00 |
| 33 | LBS ENTERPRISES INC DBA LBS CORPORATION | H.A. Wagner LLC | 3308 | 8/1/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,856.97<br><br>Total: $3,856.97 | Proof of claim asserts an amount of $3,856.97. Claim has partially been paid via outsourced check on 10/20/2022 $3,729.55. This reduces the total claim amount to $127.42. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $127.42<br><br>Total: $127.42 |

| | | | | | **Partially Satisfied** | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 34 | MCMASTER-CARR SUPPLY COMPANY DBA MCMASTER-CARR | Montour, LLC | 5234006 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $11,022.57<br><br>Total: $11,022.57 | Scheduled claim number 5234006 is a claim for $11,022.57. Claim has been partially paid via ACH Credit on 7/26/2022, 7/2/2022, and 8/4/2022 in the amount of $3,673.26. This amount reduces the total claim amount to $7,349.31. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $7,349 31<br><br>Total: $7,349.31 |
| 35 | MCMASTER-CARR SUPPLY COMPANY DBA MCMASTER-CARR | Brunner Island, LLC | 5234264 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $14,588.89<br><br>Total: $14,588.89 | Scheduled claim number 5234264 is a claim for $14,588.89. Claim has partially been paid via ACH Credit on 7/26/2022 in the amount of $376.45. This amount reduces the total claim amount to $14,212.44. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $14,212.44<br><br>Total: $14,212.44 |
| 36 | MIDWEST MOTOR SUPPLY CO, INC DBA KIMBALL MIDWEST | Nueces Bay, LLC | 5233628 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $18,542.95<br><br>Total: $18,542.95 | Scheduled claim number 5233628 is a claim for $18,542.95. Claim has partially been paid via ACH credit on 8/19/2022 and 9/16/2022 in the amount of $1,955.61 and reduces the total claim amount to $16,587.34. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $16,587.34<br><br>Total: $16,587.34 |
| 37 | MOBILE MINI INC | Talen Energy Supply, LLC | 225 | 6/16/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $16,699.03<br><br>Total: $16,699.03 | Proof of claim asserts an amount of $16,699.03. Claim has partially been paid via SIP on 7/11/2022 and 8/2/2022 in the amount of $5,970.28. This reduces the total claim to $10,728.75. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $10,728.75<br><br>Total: $10,728.75 |
| 38 | MOUSER ELECTRONICS INC | Susquehanna Nuclear, LLC | 5235107 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,466.70<br><br>Total: $3,466.70 | Scheduled claim number 5235107 is a claim for $3,466.70. Claim has partially been paid via ACH on 7/22/2022 and 8/2/2022 in the amount of $780.44. The amount reduction reduces the total claim amount to $2,686 26. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,686 26<br><br>Total: $2,686.26 |
| 39 | NEW BEDFORD PEST CONTROL, INC. | Dartmouth Power Associates Limited Partnership | 5235479 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $240.00<br><br>Total: $240.00 | Scheduled claim number 5235479 is a claim for $240. Claim has partially been paid via outsourced check dated 5/18/2023 in the amount of $120.00 and reduces the total claim to $120.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $120.00<br><br>Total: $120.00 |
| 40 | NSTAR ELECTRIC COMPANY DBA EVERSOURCE ENERGY | Dartmouth Power Associates Limited Partnership | 5235502 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $92,413.08<br><br>Total: $92,413.08 | Scheduled claim number 5235502 is a claim for $92,413.08. Claim has partially been paid by outsourced check dated 5/18/2023 in the amount of $76,151.96 and reduces the total claim amount to $16,261.12. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $16,261.12<br><br>Total: $16,261.12 |
| 41 | OFFICE TECHNOLOGY GROUP, INC. | Dartmouth Power Associates Limited Partnership | 5235484 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $218.21<br><br>Total: $218.21 | Scheduled claim number 5235484 is a claim for $218.21. Claim has partially been paid by outsourced check on 9/16/2022 in the amount of $156.33 and reduces the total claim amount to $61.88. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $61.88<br><br>Total: $61.88 |

| | | | | | | Partially Satisfied | | |
|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 42 | PAWELEK WILDLIFE CONTROL LLC | Barney Davis, LLC | 5235727 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,392.58<br><br>Total: $3,392.58 | Scheduled claim number 5235727 is a claim for $3,392.58. Claim has partially been paid via ACH credit on 5/18/2023 in the amount of $1,592.31 and reduces the total claim amount to $1,800.27. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,800 27<br><br>Total: $1,800.27 |
| 43 | ROBNET, INC. | Raven Power Property LLC | 1335 | 7/29/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $6,769.54<br><br>Total: $6,769.54 | Proof of claim asserts an amount of $6,769.54. Claim has partially been paid via ACH credit on 8/3/2922 in the amount of $3,879.04 and reduces the total claim amount to $2,890.50. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,890.50<br><br>Total: $2,890.50 |
| 44 | R-V INDUSTRIES, INC. | Brunner Island, LLC | 5234360 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,762.00<br><br>Total: $3,762.00 | Scheduled claim number 5234360 is a claim for $3,762. Claim has partially been paid via ACH credit on 7/22/2022 in the amount of $2,162.00. The amount reduction reduces the total claim amount to $1,600.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,600.00<br><br>Total: $1,600.00 |
| 45 | SCHENCK PROCESS HOLDING NORTH AMERICA, INC. DBA SCHENCK PROCESS, LLC | Brunner Island, LLC | 5234403 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $13,567.36<br><br>Total: $13,567.36 | Scheduled claim number 5234403 is a claim for $13,567.36. Claim has partially been paid via ACH credit on 7/22/2022 in the amount of $10,267.00 The amount reduction reduces the total claim amount to $3,300.36. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,300 36<br><br>Total: $3,300.36 |
| 46 | SHEPHERD ELECTRIC CO INC | Raven Power Property LLC | 164 | 6/8/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $3,935.98<br><br>Total: $3,935.98 | Filed claim number 164 asserts an amount of $3,935.98. Claim has partially been paid via ACH Credit on 7/22/2022 in the amount of $3,884.62. The amount reduction reduces the total claim amount to $51.36. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $51.36<br><br>Total: $51.36 |
| 47 | SPECTROTEL HOLDING COMPANY LLC, DBA SPECTROTEL | Pedricktown Cogeneration Company LP | 5234577 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $407.33<br><br>Total: $407.33 | Scheduled claim number 5234577 is a claim for $407.33. Claim has partially been paid via ACH Credit on 7/22/2022 in the amount of $289.07. The amount reduction reduces the total claim amount to $118.26. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $118.26<br><br>Total: $118.26 |
| 48 | SSM INDUSTRIES | Susquehanna Nuclear, LLC | 5235060 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,704.00<br><br>Total: $1,704.00 | Scheduled claim number 5235060 is a claim for $1,704.00. Claim has partially been paid via outsourced check on 7/22/2022 in the amount of $936.00. The amount reduction reduces the total claim amount to $768.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $768.00<br><br>Total: $768.00 |
| 49 | STAUFFER MANUFACTURING COMPANY DBA STAUFFER GLOVE AND SAFETY | Susquehanna Nuclear, LLC | 2175 | 7/29/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $67,822.28<br><br>Total: $67,822.28 | Proof of claim asserts an amount of $67,822.28. Claim has partially been satisfied by ACH Credit on 7/25/2022 and 8/1/2022 in the amount of $5,541.22. The amount reduction reduces the claim amount to $62,281.06. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $62,281.06<br><br>Total: $62,281.06 |
| 50 | SUEZ WTS ANALYTICAL INSTRUMENTS, INC | Susquehanna Nuclear, LLC | 5234988 | 6/25/2022 | | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,722.00<br><br>Total: $1,722.00 | Scheduled claim number 5234988 is a claim for $1,722.00. Claim has partially been paid via ACH Credit on 7/22/2022 in the amount of $990.00. The amount reduction reduces the total claim amount to $732.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $732.00<br><br>Total: $732.00 |

| | | | | | **Partially Satisfied** | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 51 | SUEZ WTS USA, INC. | Barney Davis, LLC | 5235725 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $23,323.20<br><br>Total: $23,323.20 | Scheduled claim number 5235725 is a claim for $23,323.20. Claim has partially been paid via ACH Credit on 8/10/2022 and 9/19/2022 in the amount of $15,076.80, and reduces the total claim amount to $8,246.40. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,246.40<br><br>Total: $8,246.40 |
| 52 | SUNBELT RENTALS | Barney Davis, LLC | 3590 | 8/9/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $5,299.64<br><br>Total: $5,299.64 | Proof of claim asserts an amount of $5299.64. Claim has partially been paid via ACH Credit on Invoices paid via SIP on 7/29/2022 and 10/24/2022 in the amount of $2,701.24. The amount reduction reduces the total claim amount to $2,598.40. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,598.40<br><br>Total: $2,598.40 |
| 53 | SUR-SEAL, INC. | Camden Plant Holding, L.L.C. | 5234622 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,978.50<br><br>Total: $1,978.50 | Scheduled claim number 5234622 is a claim for $1,978.50. Claim has partially been paid via outsourced check on 8/4/2022 in the amount of $1,938.50. The amount reduction reduces the total claim amount to $40.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $40.00<br><br>Total: $40.00 |
| 54 | SYPRIS TECHNOLOGIES, INC. | Talen Energy Supply, LLC | 243 | 6/21/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $12,602.00<br><br>Total: $12,602.00 | Proof of claim asserts an amount of $12,602.00. Claim has partially been paid by ACH Credit on 6/23/2022 and 8/12/2022 in the amount of $4,180.00 and reduces the total claim amount to $8,422.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $8,422.00<br><br>Total: $8,422.00 |
| 55 | TEST EQUITY LLC | Susquehanna Nuclear, LLC | 5235218 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $1,035.13<br><br>Total: $1,035.13 | Scheduled claim number 5235218 is a claim for $1,035.13. Claim has partially been paid via ACH Credit on 8/9/2022 and 5/18/2023 in the amount of $448.78. This reduces the total claim amount to $586.35. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $586.35<br><br>Total: $586.35 |
| 56 | TEXAS THRONE, LLC | Talen Energy Supply, LLC | 37 | 5/23/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $21,838.41<br><br>Total: $21,838.41 | Proof of claim asserts an amount of $21,838.41. Claim has partially been paid via outsourced check on 6/10/2022, 6/13/2022, and 7/14/2022 in the amount of $16,700.80 and reduces the total claim amount to $5,137.61. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $5,137 61<br><br>Total: $5,137.61 |
| 57 | THERMAL PRODUCTS INC. | Talen Energy Supply, LLC | 4 | 5/16/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $7,193.00<br><br>Total: $7,193.00 | Proof of claim asserts an amount of $7,193.00. Claim has partially been paid via outsourced check on 11/10/2022 in the amount of $3,137.00. This reduces the total claim amount to $4,056.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $4,056.00<br><br>Total: $4,056.00 |
| 58 | TRACE ANALYTICS LLC | Susquehanna Nuclear, LLC | 5235061 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $757.00<br><br>Total: $757.00 | Scheduled claim number 5235061 is a claim for $757. Claim has partially been paid via outsourced check on 7/11/2022 in the amount of $501.00. The amount reduction reduces the total claim amount to $256.00. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $256.00<br><br>Total: $256.00 |

| | | | | | **Partially Satisfied** | | |
|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Debtor Name | Claim # | Date Filed | Original Claim Amount | Objection Basis | Modified Claim Amount |
| 59 | TRI STATE TECHNICAL SALES CORPORATION | Talen Energy Supply, LLC | 45 | 5/24/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $45,786.02<br>Total: $45,786.02 | Proof of claim asserts an amount of $45,786.02. Claim has partially been paid cia ACH Creidt on 11/4/2022 in the amount of $42,964.17 and reduces the total claim amount to $2,821.85. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $2,821 85<br>Total: $2,821.85 |
| 60 | TURPIN INDUSTRIAL HOLDINGS, INC. DBA PK INDUSTRIAL, LLC | Barney Davis, LLC | 5235747 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $32,909.43<br>Total: $32,909.43 | Scheduled claim number 5235747 is a claim for $32,909.43. Claim has partially been paid via outsourced check dated 9/16/2023 in the amount of $1,726.59. The amount reduction reduces the total claim amount to $31,182.84. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $31,182.84<br>Total: $31,182.84 |
| 61 | WEAR-FLEX SLINGS | Montour, LLC | 5233963 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $342.11<br>Total: $342.11 | Scheduled claim number 5233963 is a claim for $342.11. Claim has partially been paid via ACH Credit on 7/22/2022 in the amount of $311.13. The amount reduction reduces the total claim amount to $30.98. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $30.98<br>Total: $30.98 |
| 62 | WEAR-FLEX SLINGS | Brunner Island, LLC | 5234213 | 6/25/2022 | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $187.18<br>Total: $187.18 | Scheduled claim number 5234213 is a claim for $187.18. Claim has partially been paid via ACH Credit on 7/22/2022 in the amount of $98.00. The amount reduction reduces the total claim amount to $89.18. | 503(b)(9): $0.00<br>Other Administrative: $0.00<br>Priority: $0.00<br>Secured: $0.00<br>General Unsecured: $89.18<br>Total: $89.18 |